JAHNCKE SERVICE, Incorporated, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 6508.

Circuit Court of Appeals, Fifth Circuit.

Feb. 10, 1933.

John J. Finnorn, of New Orleans, La., for petitioner.

Andrew D. Sharpe, and Sewall Key, Sp. Assts. to Atty. Gen., G. A. Youngquist, Asst. Atty. Gen., and C. M. Charest, General Counsel, Bureau of Internal Revenue, and John D. Foley, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

On consideration of the motion of counsel for petitioner, it is ordered by the Court that this cause be, and it is hereby, dismissed, at the cost of the Petitioner.

UNITED STATES of America, Appellant, v. Mrs. Alice RILEY, Guardian for Grady A. Riley, N. C. M., Appellee.

No. 9559.

Circuit Court of Appeals, Fifth Circuit.

June 7, 1940.

George T. Mitchell, U. S. Atty., of Tupelo, Miss., for appellant.

C. A. Bratton, of Oxford, Miss., Wade H. Creekmore, of Jackson, Miss., and W. J. Evans, of Calhoun City, Miss., for appellee.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

In the above numbered and entitled cause comes the appellant, by its counsel, and the appellee by her counsel, and file a joint stipulation to docket and remand said cause.

Pursuant to said stipulation, it is ordered and adjudged by this Court, that this cause be, and it is hereby, remanded to the said District Court with leave to set aside the judgment and enter in lieu thereof any compromise judgment agreed upon by the parties and approved by the District Court.

It is further ordered that the mandate of this Court shall issue forthwith.

UNITED STATES, Appellee, v. Salvatore LOMBARDINO, William Farinella, and Joseph Gerace, Appellants.

No. 7342.

Circuit Court of Appeals, Third Circuit.

May 23, 1940.

Anthony A. Calandra, of Newark, N. J., for appellants.

William F. Smith, Acting U. S. Atty., and Thorn Lord, Asst. U. S. Atty., both of Trenton, N. J., for appellee.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

The judgments of the district court are affirmed, the mandate to issue forthwith.